UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
S.B. and K.B., individually and on behalf of K.B.,

         Plaintiffs,

 -against-

GOSHEN CENTRAL SCHOOL DISTRICT,

         Defendant.

------------------------------------------------------------------------X

**ORDER ON CONSENT**

20 Civ. 9167 (PMH)

  The Office of State Review is requested to place a copy of the Certified Administrative Record in the care and custody of counsel for Defendant. Defendant's counsel shall then provide the Court with an electronic copy of the Certified Administrative Record, which shall be filed under seal in accordance with Standing Order 9 Misc. 583 and the Court's Electronic Case Filing Rules and Instructions. In addition, Defendant's counsel shall provide Judge Halpern's Chambers with an unredacted courtesy copy of the Certified Administrative Record.

Dated: February 16, 2021
   White Plains, New York

               **SO ORDERED:**

               _____
               PHILIP M. HALPERN
               United States District Judge