# THOMAS, DROHAN, WAXMAN, PETIGROW & MAYLE, LLP

ATTORNEYS AND COUNSELLORS AT LAW
2517 ROUTE 52
HOPEWELL JUNCTION, NEW YORK 12533

JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*
NEELANJAN CHOUDHURY
DAVID H. STRONG**
MELISSA N. KNAPP**
STEVEN L. BANKS
ALLISON E. SMITH

PAMELA D. BASS**
CONOR C. HORAN
NICHOLAS A. SMARRA**
GREGORY R. PICCIANO

*ADMITTED IN NEW YORK AND NEW JERSEY
**ADMITTED IN NEW YORK AND CONNECTICUT

*OF COUNSEL*
D'ANDREA & GOLDSTEIN
JOAN M. GILBRIDE

---

Application granted. The conference scheduled for April 12, 2021 is adjourned until April 20, 2021 at 10:30 a.m. At the time fo the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. The Clerk is directed to terminate ECF No. 8.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: White Plains, NY
        March 26, 2021

---

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
New York, New York 10601

RE: S.B. and K.B. v. Goshen Central School District,
SDNY Docket No. 20 Civ. 9167 (PMH)

Your Honor:

We represent defendant Goshen Central School District in the above-referenced action in which the plaintiffs seek judicial review of administrative determinations concerning a student's educational placement under the Individuals with Disabilities Education Act. I write to respectfully request a modification of the previously ordered schedule for submission of pre-motion conference letters, and an adjournment of the pre-motion conference presently scheduled for April 12, 2021.

At a conference held on February 10, 2021, the Court directed the parties to discuss and designate a movant for the anticipated motions for summary judgment, and set a schedule requiring the movant to file a pre-motion conference letter, along with a Rule 56.1 statement that confirms with the Court's individual practices, by March 31, 2021, and the non-movant to file its opposition by April 7, 2021.

The parties have since conferred and designated the plaintiffs as the movant. Thereafter, on March 11, 2021, plaintiffs served a Rule 56.1 statement, and defendant is in the process of preparing its responses. However, the Rule 56.1 statement is lengthy, and it will be difficult to have the counterstatement completed and fully reviewed by plaintiffs' attorney before March 31, 2021. Therefore, with the consent of plaintiffs' attorney, I write to request a one-week extension

Honorable Philip M. Halpern  Page 2
United States District Judge
March 25, 2021

of time for the submission of the pre-motion conference letter, and a corresponding extension of time for the submission of defendants' opposition.

There have been no prior requests to modify the schedule for submission of pre-motion conference letters.

Accordingly, for these reasons, defendant respectfully requests that plaintiffs' time to file a pre-motion conference letter be extended from March 31, 2021 to April 7, 2021, and defendant's time to file its opposition to the pre-motion conference letter be extended from April 7, 2021 to April 14, 2021. Additionally, if this application is granted, defendant requests that the pre-motion conference presently scheduled for April 12, 2021, be adjourned to a date after April 14, 2021.

Respectfully,

s/Steven L. Banks

Steven L. Banks

cc: Counsel of Record (by ECF)