# THOMAS, DROHAN, WAXMAN, PETIGROW & MAYLE, LLP

ATTORNEYS AND COUNSELLORS AT LAW
2517 ROUTE 52
HOPEWELL JUNCTION, NEW YORK 12533

JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*
NEELANJAN CHOUDHURY
DAVID H. STRONG**
MELISSA N. KNAPP**
STEVEN L. BANKS
ALLISON E. SMITH

PAMELA D. BASS**
CONOR C. HORAN
NICHOLAS A. SMARRA**
GREGORY R. PICCIANO

*ADMITTED IN NEW YORK AND NEW JERSEY
**ADMITTED IN NEW YORK AND CONNECTICUT

OF COUNSEL
[partially obscured by order box]

---

Application granted. Defendant shall serve its papers in support of its cross-motion for summary judgment by August 2, 2021; Plaintiffs shall serve their reply and opposition papers by September 20, 2021. All motion papers shall be filed by September 20, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 16.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        July 21, 2021

---

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
New York, New York 10601

RE: S.B. and K.B. v. Goshen Central School District,
    SDNY Docket No. 20 Civ. 9167 (PMH)

Your Honor:

    We represent defendant Goshen Central School District in the above-referenced action in which the plaintiffs seek judicial review of administrative determinations concerning a student's educational placement under the Individuals with Disabilities Education Act. Under the briefing schedule approved by the Court (ECF 15), defendant's papers in support of its cross-motion for summary judgment are to be served on July 23, 2021, and plaintiffs' opposition brief and reply in further support of their own motion for summary judgment are to be served on September 10, 2021.

    With plaintiffs' consent, I write to respectfully request a modification of this briefing schedule, extending the time for service of defendant's papers in support of its cross-motion for summary judgment to August 2, 2021, and for service of plaintiffs' reply and opposition papers to September 20, 2021. Under this revised schedule, the parties will file their motion papers on September 20, 2021.

    This is defendant's first request to modify the briefing schedule set by the Court for the motions for summary judgment. Plaintiff previously sought and was granted an extension of time to serve its motion for summary judgment (ECF 15).

Honorable Philip M. Halpern  Page 2
United States District Judge
July 20, 2021

      While we have been working on defendant's motion papers, the record is extensive and it is taking more time than anticipated to brief the motion. Further, I have had other recent litigation commitments that have affected my time, including a motion for summary judgment served on July 19, 2021 in <u>WR v. Katonah Lewisboro Union Free Sch. Dist.</u>, 21 Civ. 0883(NSR).

      Accordingly, for these reasons, defendant respectfully requests that this application be granted, and that (1) the time for defendant to serve its motion papers be extended from July 23, 2021 to August 2, 2021; (2) the time for plaintiffs to serve their reply and opposition papers be extended from September 10, 2021 to September 20, 2021; and (3) the date for the parties to file their respective motion papers be adjourned to September 20, 2021.

      Respectfully,

      s/Steven L. Banks

      Steven L. Banks

cc: Counsel of Record (by ECF)