**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
S.B. and K.B., individually and on behalf of K.B.,

                        Plaintiffs-Appellants,

     -against-                                      20 **CIVIL** 9167 (PMH)

                                                          **JUDGMENT**

GOSHEN CENTRAL SCHOOL DISTRICT,

                        Defendant-Appellee.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated September 12, 2022, Defendants' motion for summary judgment is GRANTED and Plaintiffs' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 13, 2022

                                                          **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                               **BY:**    *K. Mango*

                                                                **Deputy Clerk**